FILED
2010 May-11 AM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) CASE NUMBER: CV-10-B-1212 |
| | ) |
| DIVERSIFIED COLLECTION | ) |
| SERVICES, INC.; GREAT LAKES | ) |
| HIGHER EDUCATION | ) |
| GUARANTY CORPORATION, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' AMENDMENT TO NOTICE OF REMOVAL

COME NOW the Defendants, Diversified Collection Services, Inc., and Great Lakes Higher Education Guaranty Corporation, (together, the "Defendants") and hereby supplement the Notice of Removal filed on May 10, 2010, by stating as follows:

1. The Defendants adopt each and every paragraph contained in the Notice of Removal filed with this Court on May 10, 2010.

2. The Defendants amend the Notice of Removal to insert a section based on Supplemental Jurisdiction.

{W0258351.1}

## Supplemental Jurisdiction

3.  The Complaint alleges several claims against the Defendants based on Alabama common law for invasion of privacy, intentional infliction of emotional distress, extortion and blackmail, misrepresentation/fraud, and defamation.

4.  Each of the Plaintiff's state law claims are based upon the the Plaintiff's denial of the debt, his refusal to pay the debt, and the Defendants' alleged contacts with the Plaintiff regarding the debt. The very same facts also give rise to the Plaintiff's alleged violation of the FDCPA. As such, the state law claims contained within the Complaint all relate to the Defendants' alleged violation of the FDCPA and provide for the Court's exercise of supplemental jurisdiction over those claims.

5.  To the extent these state law claims are not preempted by the FDCPA, this Court has supplemental jurisdiction over the Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a) which states "the district courts shall have supplemental jurisdiction over all claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article II of the United States Constitution."

6.  All of the state law claims and allegations contained in the Complaint arise from the Defendants' conduct alleged to be in violation of federal law (FDCPA). Therefore, these claims arise from the same case or controversy.

{W0258351.1 }

WHEREFORE, PREMISES CONSIDERED, Diversified Collection Services, Inc. and Great Lakes Higher Education Corporation respectfully requests this Court to enter an order effecting the removal of this action from the Circuit Court of Jefferson County, Alabama, Bessemer Division, to this Court and make such other orders as may be appropriate to effect the preparation and filing of a true record in this cause of all proceedings that may have been had in said Circuit Court.

DATED this 10th day of May, 2010.

_____
Neal D. Moore, III      (MOO 073)
Larry Young, Jr.        (YOU049)
*Attorneys for Diversified Collection Services, Inc. and Great Lakes Higher Education Corporation.*


**OF COUNSEL:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Post Office Box 430189
Birmingham, Alabama 35243-0189
205-879-8722 - phone
205-879-8831 – fax

{W0258351.1 }

## CERTIFICATE OF SERVICE

This is to certify that on this the 10th day of May 2010, a copy of the forgoing document has been served upon counsel for all parties to this proceeding by the following method:

    __X__    mailing the same by first-class United States mail, properly addressed and postage pre-paid

    _____    hand delivery

    _____    via facsimile

    _____    E-File

Don L. Hall
HALL & TUCKER, LLC
1616 Third Avenue North
Bessemer, Alabama 35020
(205) 425-5711

_____
OF COUNSEL

{W0258351.1}