FILED
2010 Aug-16  PM 01:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES JENKINS,** } | |
| } | |
| Plaintiff, } | |
| } | |
| vs. } | **CASE NO. 2:10-cv-1212-SLB** |
| } | |
| **DIVERSIFIED COLLECTION SERVICES, INC.; and GREAT LAKES HIGHER EDUCATION GUARANTY CORPORATION,** } } } } } | |
| } | |
| Defendants. } | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, it is hereby **ORDERED** that plaintiff's Motion to Remand and to Voluntarily Dismiss any Fair Debt Collection Practices Act, (doc. 8), is **GRANTED**. It is further **ORDERED** that Defendants' Motion to Dismiss or, in the Alternative, for Judgment on the Pleadings, (doc. 10), will be carried with the case for decision by the state court. This case is hereby **REMANDED** to the Circuit Court of Jefferson County, Alabama, Bessemer Division.

**DONE**, this 16th day of August, 2010.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE